UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARNULFO NAVARRO SANCHEZ, | ) | 1:01-cv-06435-AWI-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 29) |
| v. | ) | |
| | ) | **ORDER DENYING PETITION FOR** |
| GIURBINO, WARDEN, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On February 17, 2005, the Magistrate Judge filed Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED, and that judgment be entered in favor of Respondent. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On March 10, 2005, Petitioner filed a motion to extend time. On March 29, 2005, the court granted Petitioner an additional thirty (30) days within which to respond. To date, Petitioner has not filed objections to the Findings and Recommendation.

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation, filed February 17, 2005, are ADOPTED IN FULL;

   2.   The Petition for Writ of Habeas Corpus is DENIED; and,

   3.   The Clerk of Court ENTER judgment in favor of Respondent.

IT IS SO ORDERED.

**Dated:   May 24, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE

2